ciently clear to warrant a construction that it comprehended waiver of the Statute of Limitations. 2. Under the authorities the Statute of Limitations may not be waived in the original contract, that is, at the inception of liability. (*Shapley* v. *Abbott*, 42 N. Y. 443; *Watertown National Bank* v. *Bagley*, 134 App. Div. 831; *Smith* v. *Wagner*, 106 Misc. 170; *Crawford* v. *Lockwood*, 9 How. Pr. 547; Civ. Prac. Act, § 10.) (See, also, Harvard Law Review, vol. XLV, p. 592.) All concur, Taylor and Edgcomb, JJ., solely upon the first ground stated. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [141 Misc. 418.]

ELLA C. FEETER, Respondent, v. WILLIAM S. RHODES and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROBERT B. BLANCHARD, as Administrator, etc., of ROGER N. BLANCHARD, Deceased, Respondent, v. ROGER C. JOHNSON and Another, Appellants.— Order modified by striking out the last clause in the order beginning with the words " and all matters," and as so modified affirmed, without costs of this appeal to either party. We treat this as a case where there are extraordinary circumstances justifying the order. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ANNIE M. DUNN, Respondent, v. DELBERT DUNN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPH SYROCZYNSKI, an Infant, etc., Respondent, v. ROBERT M. CLEARY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SARAH E. POWELL, Respondent, v. OPPENHEIM, COLLINS & COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to renew on proper papers. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARRIE CLICQUENNOI, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARENUS J. CLICQUENNOI, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of the FIRST NATIONAL BANK AND TRUST COMPANY OF CORNING, as Administrator, etc., of GEORGE S. GOFF, Deceased.— Decree affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK J. CHARLES, Respondent, v. NEWARK FIRE INSURANCE COMPANY, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the grounds: 1. That there was a failure on the part of the plaintiff to comply with the terms of the policy in submitting a verified proof of loss. 2. That it was conclusively proved that the provision in the policy as to a lock on the car was paid for and, under the language of the policy, the failure to furnish such a lock constituted a defense. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANCES E. CAMPBELL, Appellant, v. THE CITY OF LOCKPORT, Respondent.—